**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Brown,

Plaintiff,

vs.

Case No.: 20-cv-04893

Montgomery, *et al*,

Honorable Judge Andrea R. Wood

Defendant.

## <u>MOTION FOR RELIEF FROM APPOINTMENT</u>

Counsel Dana L. Kurtz hereby moves this Honorable Court for relief from assignment pursuant to Local Rule 83.38, and in support states:

1. On March 2, 2021, this Court entered an order requesting that Dana Kurtz represent Plaintiff in accordance with counsel's trial bar commitment under Local Rule 83.37.

2. On March 17, 2021, Ms. Kurtz called and emailed the Court's courtroom deputy, stating: "I just left you a voicemail message regarding the below order. I am almost officially, if not officially, retired and living in Jamaica. I wanted to keep my bar license active in Illinois, but am not currently actively practicing. Please let me know if I need to file a motion for relief from the below appointment." The Court's deputy requested that Ms. Kurtz file a motion.

3. As such, Ms. Kurtz files the instant motion requesting relief from the assignment pursuant to Local Rule 83.38 in that Ms. Kurtz is not actively practicing in Illinois at this time and has moved and is living in Jamaica. As such, it would be impossible for Ms. Kurtz to represent Plaintiff in this matter.

4. Good cause exists under LR 83.38 for Ms. Kurtz to be relieved of the assignment.

WHEREFORE, for the above stated reasons, Ms. Kurtz respectfully requests relief from the assignment in this matter, and for such other relief that is just and equitable.

Respectfully submitted,

*s/Dana L. Kurtz*

Attorney for Plaintiff

Dana L. Kurtz (ARDC # 6256245)
KURTZ LAW OFFICES, LTD.

United States Mailing Address
4225 East 25th Place
Tulsa, Oklahoma 74114
Office:  312.952.0712
E-mail: dkurtz@kurtzlaw.us

# <u>CERTIFICATE OF SERVICE</u>

I, Dana L. Kurtz, an attorney, hereby certify that I caused the foregoing document to be served upon the following counsel of record, via electronic notification by the Court's CM/ECF system on this 24th day of March 2021.

Eric D Kaplan    cnelson@kpglaw.com, ekaplan@kpglaw.com, liliana@kpglaw.com

Patricia Brown Holmes    pholmes@rshc-law.com

Christopher S. Wunder    cwunder@kpglaw.com, cnelson@kpglaw.com, liliana@kpglaw.com

Allison N. Siebeneck    asiebeneck@rshc-law.com, amisisian@rshc-law.com, docketdept@rshc-law.com

Lee Pulliam    svivian317@yahoo.com, lpulliamlaw@sbcglobal.net

*s/Dana L. Kurtz*

Dana L. Kurtz